## JOHNSTON SCHOOL COMMITTEE

v.

## JOHNSTON FEDERATION OF TEACHERS.

### No. 81–567–M.P.

Supreme Court of Rhode Island.

Jan. 28, 1982.

Frank Caprio Law Offices, Frank Caprio, Providence, for petitioner.

**900**

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik, Providence, for respondent.

ORDER

Since the Superior Court's ruling in this case is appealable, the petition for writ of certiorari is hereby denied, without prejudice, however, to petitioner's filing a notice of appeal if and when a judgment is entered below.